1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10
11  ANTHONY M. VASQUEZ,              ) Case No. CV 07-3560-VAP(RC)
                                     )
12                 Petitioner,       )
                                     ) ORDER ADOPTING REPORT AND
13  vs.                              ) RECOMMENDATION OF UNITED STATES
                                     ) MAGISTRATE JUDGE
14  ANTHONY HEDGPETH,                )
                                     )
15                 Respondent.       )
                                     )
16  _____     )
17
18       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
19  Petition and other papers along with the attached Report and
20  Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
21  as well as petitioner's objections, and has made a de novo
22  determination.
23
24       IT IS ORDERED that (1) the Report and Recommendation is approved
25  and adopted; (2) the Report and Recommendation is adopted as the
26  findings of fact and conclusions of law herein; and (3) Judgment shall
27  be entered denying the habeas corpus petition and dismissing the
28  action with prejudice.

1  IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and Judgment
3 by the United States mail on petitioner.
4
5 DATED: _December 1, 2008
6
7 _____
   VIRGINIA A. PHILLIPS
   UNITED STATES DISTRICT JUDGE
8
9
10
   R&Rs\07-3560.ado
11 9/15/08
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2