UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. VASQUEZ, ) | Case No. CV 07-3560-VAP(RC) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ANTHONY HEDGPETH, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE:  December 1, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&Rs\07-3560.ado
9/15/08